■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MICHAEL DAWSON, Defendant. [987 NYS2d 184]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered March 8, 2005.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief

requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Balkin, Leventhal and Roman, JJ., concur.